# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

140655

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re Application of DETROIT EDISON
COMPANY to Increase Rates,

_____

ASSOCIATION OF BUSINESSES ADVOCATING
TARIFF EQUITY,
      Appellant,

v
                                    SC: 140655
                                    COA: 296374
                                    MPSC: U-15768

MICHIGAN PUBLIC SERVICE COMMISSION, and
ENERGY MICHIGAN, INCORPORATED,
      Appellees,

and

DETROIT EDISON COMPANY,
      Petitioner-Appellee.

_____/

     On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

y0517